IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 09-04906 CW |
|     Plaintiff, | ORDER |
|   v. | |
| JORGE ALBERTO HUEZO, et al., | |
|     Defendants. | |

Default having been entered by the Clerk as to Defendants Jorge Alberto Huezo, Vilma Arely Huezo, individually, and doing business as Los Gallitos Restaurant, on January 6, 2010,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for April 8, 2010, is continued to May 11, 2010, at 2:00 p.m.

Dated: 1/12/10

CLAUDIA WILKEN
United States District Judge

cc: Wings